# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Kimberly J. Mueller  **RE:  Patrick Eugene Payne**
United States District Judge  **Docket Number:  2:15CR0172-KJM**
Sacramento, California  <u>**PERMISSION TO TRAVEL**</u>
<u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

Patrick Eugene Payne is requesting permission to travel to Isla Mujeres, Mexico.   He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 16, 2012, Patrick Eugene Payne was sentenced in the Southern District of California for the offense of 21 USC 841(a)(1), and 846, Conspiracy to Distribute Cocaine (Class A Felony).  On August 24, 2015, jurisdiction was transferred to the Eastern District of California.

**Sentence Imposed:**  24 months custody in Bureau of Prisons; 60 months Term of Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:**  September 20, 2018, through September 26, 2018, via Aeromexico Airlines.

**Purpose:**  Attending a wedding.

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    Patrick Eugene Payne**
**       Docket Number:  2:15CR0172-KJM**
**       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


Respectfully submitted,


Adrian Garcia
United States Probation Officer


Dated:    August 7, 2018
          Fresno, California
          AG/dp


**REVIEWED BY:**        *Tim D. Mechem*
                        **Tim D. Mechem**
                        **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

DATED:  August 10, 2018.


UNITED STATES DISTRICT JUDGE


2